THERESE Y CANNATA (SBN 88032)
JENNIFER C. LEE (SBN 273545)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904

Attorneys for Defendant
REDLINE PERFORMANCE AUTO
DISMANTLING AND SALES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REDLINE PERFORMANCE AUTO DISMANTLING AND SALES, INC., a California corporation,<br><br>　　　　Defendant.<br>_____/ | CASE NO. 2:12-cv-00163-JAM-DAD<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF CALIFORNIA SPORTFISHING PROTECTION ALLIANCE'S COMPLAINT**<br><br>_____/<br><br>Complaint Filed:　　1/20/12 |

/ / /

/ / /

**STIPULATION RE CSPA-REDLINE**

Plaintiff California Sportfishing Protection Alliance ("plaintiff" or "CSPA"), and defendant Redline Performance Auto Dismantling and Sales, Inc. ("defendant" or "Redline"), by and through their respective counsel, stipulate and agree as follows:

Defendant Redline, having been served by substituted service on or about January 26, 2012, and having retained counsel on or about February 14, 2012,

Plaintiff CSPA hereby grants Redline an extension of time to file a response to the complaint, from the current filing deadline of February 27, 2012, to **March 16, 2012.**

SO STIPULATED:

Dated: February 17, 2012        CANNATA, CHING & O'TOOLE LLP

　　　　　　　　　　　　　　　　 /s/  Therese Y. Cannata
　　　　　　　　　　　　　　　　Therese Y. Cannata
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　REDLINE PERFORMANCE AUTO
　　　　　　　　　　　　　　　　DISMANTLING AND SALES, INC.

Dated: February 17, 2012        LAWYERS FOR CLEAN WATER, INC.

　　　　　　　　　　　　　　　　 /s/  Drevet Hunt
　　　　　　　　　　　　　　　　Layne Friedrich
　　　　　　　　　　　　　　　　Drevet Hunt
　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　CALIFORNIA SPORTFISHING
　　　　　　　　　　　　　　　　PROTECTION ALLIANCE

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 350
San Francisco, CA 94111
TEL: (415)409-8900 ▪ FAX: (415)409-8904

**ORDER APPROVING STIPULATION**

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the extension set forth in the above Stipulation is confirmed by this Court.

DATED:  3/8/2012

/s/ John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN
DISTRICT OF CALIFORNIA

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 350
San Francisco, CA 94111
TEL: (415) 409-8900 ▪ FAX: (415) 409-8904